IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00128-LTB-02

United States of America,

       Plaintiff,

v.

2.     JEFFREY STARKS,

       Defendant.

## ORDER

Upon the government's motion regarding acceptance of responsibility pursuant to §3E1.1 and having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the defendant has accepted responsibility, but the awarding of points for acceptance of responsibility is irrelevant to the guideline range.

SO ORDERED this   18th   day of   November  , 2011.

                        BY THE COURT:

                          s/Lewis T. Babcock  
                        LEWIS T. BABCOCK
                        SENIOR UNITED STATES DISTRICT JUDGE
                        UNITED STATES DISTRICT COURT
                        DISTRICT OF COLORADO