IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00128-LTB-02

United States of America,

       Plaintiff,

v.

2.     JEFFREY STARKS,

       Defendant.

---

**ORDER**

---

     THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment in the above-entitled matter as to this defendant only, and the Court having considered the same,

     IT IS HEREBY ORDERED that the Indictment in the above-captioned matter as to this defendant only are dismissed.

     SO ORDERED this   18th   day of    November   , 2011.

                                BY THE COURT:

                                   s/Lewis T. Babcock  
                                LEWIS T. BABCOCK  
                                SENIOR UNITED STATES DISTRICT JUDGE  
                                UNITED STATES DISTRICT COURT  
                                DISTRICT OF COLORADO